No. 84–5623.   HOWELL *v.* TRUMPOWER, WARDEN, *ante,* p. 1112;

No. 84–5625.   SOLOMON *v.* KEMP, WARDEN, *ante,* p. 1181;

No. 84–5642.   ROOK *v.* NORTH CAROLINA, *ante,* p. 1098;

No. 84–5695.   GERSON *v.* BYRNE ET AL., *ante,* p. 1113; and

No. 84–5718.   HUBBARD *v.* WADE, DISTRICT ATTORNEY, DALLAS COUNTY, TEXAS, ET AL., *ante,* p. 1114.   Petitions for rehearing denied.

No. 83–5210.   EDWARDS *v.* DAVIS ET AL., 464 U. S. 860.   Motion of petitioner for leave to file petition for rehearing denied.